RECOMMENDED FOR FULL-TEXT PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)
File Name: 17a0148p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*v.*

DEMOND BAKER,

*Defendant-Appellant.*

No. 16-3325

On Joint Motion to Vacate and Remand.
United States District Court for the Northern District of Ohio at Akron.
No. 5:15-cr-00245-12—James S. Gwin, District Judge.

Decided and Filed: July 12, 2017

Before: KEITH, BATCHELDER, and McKEAGUE, Circuit Judges.

_____

**ORDER**

_____

ALICE M. BATCHELDER, Circuit Judge. In light of the parties' joint motion to vacate the May 30, 2017, panel decision and remand for *de novo* resentencing, we hereby VACATE our prior decision and REMAND this matter to the district court for the purpose of vacating Defendant-Appellant's sentence and for further proceedings consistent with this order.